IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY L. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:03CV572-SRW |
| ) | (WO) |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff brought the present action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying her benefits under the Social Security Act.  On March 2, 2006, this court reversed the decision of the Commissioner and remanded the case to the Commissioner for further proceedings pursuant to sentence four of § 405(g).  Plaintiff's counsel has filed an application for an award of attorneys fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). Plaintiff's application seeks fees in the total amount of $1,517.40 for 10.3 hours of work before this court.   The Commissioner does not contest the award of fees in the amount sought by plaintiff's counsel. Upon an independent review of the record, the court concludes that the position of the Commissioner in this litigation was not substantially justified and, further, that the amount of fees sought by plaintiff's counsel is reasonable.

For the foregoing reasons, it is

ORDERED  that the plaintiff's petition for attorney fees is GRANTED, and plaintiff

is awarded EAJA fees in the total amount of $1,737.50, payable to plaintiff's counsel, Darryl W. Hunt.

DONE, this 31st day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE